Same case below, 588 F.3d 202.

■

**No. 09-9593. Gayot Dorval, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2124, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3221.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 09-9595. David Carroll, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2124, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3265.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 172.

■

**No. 09-9596. Earl L. Diehl, Petitioner v. Deirdre A. Morgan, Warden.**

559 U.S. 1081, 130 S. Ct. 2124, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3199.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 352 Fed. Appx. 99.

■

**No. 09-9597. Debra Ceniceros, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2124, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3120.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 498.

■

**No. 09-9598. Selvin Aguilar Discua, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2124, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3260.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 78.

■

**No. 09-9601. Christiane M. Schliefsteiner, Petitioner v. Melinda O'Brien.**

559 U.S. 1081, 130 S. Ct. 2125, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3128.

April 19, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 1149.

■

**No. 09-9608. Luis Ceballos, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2125, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3180.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 355 Fed. Appx. 226.

■

**No. 09-9610. Corey Roane, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2125, 176 L. Ed. 2d 747, 2010 U.S. LEXIS 3194.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 356 Fed. Appx. 564.